NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERADATA CORPORATION, TERADATA US, INC., TERADATA OPERATIONS, INC.,**
*Plaintiffs-Appellants*

**v.**

**SAP SE, SAP AMERICA, INC., SAP LABS LLC,**
*Defendants-Appellees*

---

2022-1286

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-03670-WHO, Judge William H. Orrick, III.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of appellants' unopposed motions for an extension of time to file its opening brief, ECF No. 12, and to stay the briefing schedule, ECF No. 13,

IT IS ORDERED THAT:

The motions are granted to the extent that the briefing schedule is stayed pending the disposition of appel-

lees' motion to transfer this case to the United States Court of Appeals for the Ninth Circuit.

FOR THE COURT

February 09, 2022
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court