NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERADATA CORPORATION, TERADATA US, INC., TERADATA OPERATIONS, INC.,**
*Plaintiffs-Appellants*

**v.**

**SAP SE, SAP AMERICA, INC., SAP LABS LLC,**
*Defendants-Appellees*

---

2022-1286

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-03670-WHO, Judge William H. Orrick, III.

---

**ON MOTION**

---

Before WALLACH, *Circuit Judge*.

**O R D E R**

SAP SE, SAP America, Inc., and SAP Labs LLC (collectively, "SAP") move to transfer this appeal to the United States Court of Appeals for the Ninth Circuit. Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc. (collectively, "Teradata") oppose. SAP replies.

2                           TERADATA CORPORATION v. SAP SE

The court deems it the better course for the parties to address these issues in their merits briefs.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion to transfer is denied.  The parties are directed to address these issues in their briefs.

(2)  Teradata's opening brief is due within 60 days of the date of this order.

FOR THE COURT

February 17, 2022          /s/ Peter R. Marksteiner
        Date               Peter R. Marksteiner
                           Clerk of Court