NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERADATA CORPORATION, TERADATA US, INC., TERADATA OPERATIONS, INC.,**
*Plaintiffs-Appellants*

v.

**SAP SE, SAP AMERICA, INC., SAP LABS LLC,**
*Defendants-Appellees*

---

2022-1286

---

Appeal from the United States District Court for the Northern District of California in No. 3:18-cv-03670-WHO, Judge William H. Orrick III.

---

**ON MOTION**

---

PER CURIAM.

**O R D E R**

Teradata Corporation, Teradata US, Inc., and Teradata Operations, Inc. move unopposed for leave for arguing counsel Deanne E. Maynard to appear remotely at the argument scheduled for June 8, 2023, in the above-captioned appeal or for leave for Ms. Maynard to appear in person despite the court's Revised Protocols for In-Person Arguments.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted to the extent that Ms. Maynard will be permitted to present argument by videoconference. The following protocols apply:

(1) The appeal will be the last argued case before the merits panel.

(2) The Clerk's Office will provide additional instructions to counsel. Arguing counsel will be required to adhere to those instructions and attend a mandatory orientation to be scheduled by Clerk's Office staff.

(3) Only Ms. Maynard will be permitted to access the videoconference for argument. The Clerk's Office will provide arguing counsel access credentials for the argument, and arguing counsel are prohibited from sharing this information, except as necessary to ensure their technical equipment is sufficiently configured to participate in argument.

(4) Arguing counsel, their support staff, and any associates or designees must not record, photograph, broadcast, transmit or permit to be transmitted, or otherwise capture any audio, video, or image from any aspect of the argument, or otherwise distribute the videoconference credentials or connection information.

(5) All counsel are advised that the court will not entertain any motions to expand access to the videoconference beyond arguing counsel. Audio of the argument will continue to be streamed online for co-counsel, parties, and members of the public. Video of the argument will not be provided.

FOR THE COURT

June 2, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court