MORRISON FOERSTER

2100 L STREET NW
SUITE 900
WASHINGTON, DC 20037

TELEPHONE: 202.887.1500
FACSIMILE: 202.887.0763

WWW.MOFO.COM

MORRISON & FOERSTER LLP

AUSTIN, BEIJING, BERLIN, BOSTON, BRUSSELS, DENVER, HONG KONG, LONDON, LOS ANGELES, MIAMI, NEW YORK, PALO ALTO, SAN DIEGO, SAN FRANCISCO, SHANGHAI, SINGAPORE, TOKYO, WASHINGTON, D.C.

June 8, 2023

Writer's Direct Contact
+1 (202) 887-8740
DMaynard@mofo.com

**Via ECF**

Jarrett B. Perlow, Acting Clerk of the Court
Office of the Clerk
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Re: *Teradata Corporation v. SAP SE*, No. 22-1286 (oral argument held June 8, 2023 before Judges Lourie, Taranto, and Hughes)

Non-confidential Rule 28(j) Letter re: Court's Request at Oral Argument

Dear Mr. Perlow:

As the Court requested during oral argument, attached is District Court ECF No. 175-4, which counsel for Teradata referenced during oral argument and which is cited at page 12 of Teradata's opposition to SAP's motion to transfer (ECF No. 10 in this Court).

The material highlighted in blue in the confidential version of the attachment and redacted in the non-confidential version was filed under seal pursuant to the protective order issued by the district court.

Respectfully submitted,

/s/ Deanne E. Maynard
Deanne E. Maynard

Enclosures

cc: All counsel of record (via email and ECF)

# NON-CONFIDENTIAL ATTACHMENT

CONFIDENTIAL MATERIAL OMITTED

*<u>*REDACTED*</u> VERSION OF DOCUMENT SOUGHT TO BE SEALED*

**EXHIBIT A**

**SAP'S STATEMENT OF COMMON ISSUES OF FACT BETWEEN TERADATA'S TRADE SECRET CLAIMS AND SAP'S PATENT COUNTERCLAIMS**

This Exhibit A demonstrates the substantial overlap between Teradata's alleged trade secrets and SAP's asserted patents. In particular, Exhibit A identifies a number of common highly technical database concepts, and seven specific common subject matter areas, that a jury will need to understand to evaluate both Teradata's trade secret claims and SAP's patent counterclaims.

**Background—The Alleged Trade Secrets and Asserted Patents**

Teradata's 53 alleged trade secrets ("Alleged Trade Secrets") are listed in Teradata's third-amended list of asserted trade secrets, dated May 31, 2019 (referred to as the "2019 Statement"). In the 2019 Statement, Teradata stated that Alleged Trade Secrets [redacted] As explained below, the 53 Alleged Trade Secrets fall into seven subject matter areas, each overlapping substantially with the subject matter of SAP's Asserted Patents.

SAP's U.S. Patent No. 9,626,421 ("'421 Patent"), titled "ETL-less Zero-Redundancy System and Method for Reporting OLTP Data," concerns, among other things, systems and methods for reporting on the most up-to-date data in a business intelligence system, which reports directly on top of online transactional processing ("OLTP") data and preserves the short response times of online analytical processing ("OLAP") systems by improving or even eliminating the extract, transform, load ("ETL") procedures that span the traditional dichotomy between OLTP systems and OLAP systems, maintaining both a row- and a column store to facilitate both OLTP and OLAP processing in a single system. As explained below, analytical and transactional processing, ETL procedures, and row- and column-based data storage are database technology concepts and areas specifically implicated by Teradata's operative complaint and trade secret disclosure that a jury will need to understand to evaluate both sides' claims.

SAP's U.S. Patent No. 8,214,321 ("'321 Patent"), titled "Systems and Methods for Data Processing," concerns, among other things, systems and methods for processing database tables and online analytical processing ("OLAP") cubes to data warehouse in a more efficient and flexible way in a business intelligence system. As explained below, data warehousing is another database technology area specifically implicated by Teradata's operative complaint and trade secret disclosure that a jury will need to understand to evaluate both sides' claims.

SAP's U.S. Patent No. 7,421,437 ("'437 Patent"), titled "System and Method for a Data Dictionary Cache in a Distributed System," concerns, among other things, systems and methods for providing faster and more efficient accessing of information cached in data structures

accessed at the application level per a particular cache management policy. As explained below, data caching and cache management are further database technology areas specifically implicated by Teradata's operative complaint and trade secret disclosure that a jury will need to understand to evaluate both sides' claims.

SAP's U.S. Patent No. 7,617,179 ("'179 Patent"), titled "System and Methodology for Cost-Based Subquery Optimization Using a Left-Deep Tree Join Enumeration Algorithm," concerns, among other things, systems and methods for determining a more efficient way for a database system to execute a query request to significantly improve the response time and reduce memory consumption. As explained below, query optimization features prominently in the operative complaint and is the subject matter area of [redacted], and a jury will need to understand it to evaluate both sides' claims.

SAP's U.S. Patent No. 7,437,516 ("'516 Patent"), titled "Programming Models for Eviction Policies," concerns, among other things, systems and methods for treating cached data objects to improve memory management. Again, as noted above and as explained below, data caching and cache management are further database technology areas specifically implicated by Teradata's operative complaint and trade secret disclosure that a jury will need to understand to evaluate both sides' claims.

**Database Concepts Common to Teradata's Trade Secret Claims and SAP's Patent Counterclaims**

Teradata's argument in the Case Management Statement pretends that such database concepts as OLAP (on-line analytical processing) cubes, column-based storage, query optimization and data dictionaries, caching and cache management are relevant only to SAP's patent counterclaims and have nothing to do with the Alleged Trade Secrets. Not so. A jury will need to gain familiarity with and understand each concept to evaluate the trade secret claims.

Teradata alleges that it "pioneered and was the first commercial EDAW vendor to employ the highly scalable computing architecture known as 'massively parallel processing' (MPP)." Dkt. 67 ¶ 17. "EDAW" is Teradata's acronym for Enterprise Data Analytics and Warehousing, *id.* ¶ 1, which is typically performed by analytical databases such as Teradata Database. They are more commonly referred to as "OLAP" (on-line analytical processing) databases, and thus OLAP is directly relevant to Teradata's claims, even though Teradata chose not to use that term in the complaint. Data warehousing is also directly relevant and is mentioned throughout the complaint using Teradata' EDAW acronym.

Related concepts that are also common to both sides' claims include transactional processing, typically performed using online transactional processing ("OLTP") databases, and row- and column-type storage schemes used in databases. SAP's answer to the trade secret claims, filed before and separate from SAP's patent counterclaims, specifically "denies that HANA's in-memory, hybrid row- and column-storage, transactional and analytic database design using parallel CPUs owes anything to Teradata's disk drive based, row-storage, analytical database design." Dkt. 72 ¶ 42. A jury will need to understand all of these concepts to evaluate whether Teradata is correct that SAP somehow needed and misappropriated Teradata's Alleged

Trade Secrets or instead SAP is correct that SAP's technology is different.

Going down a level, Teradata also alleges that Teradata is "the world's leading supplier of MPP [Massively Parallel Processing] database systems," and that it has "novel techniques for managing database statistics, partitioning data across multiple processors, cost-based query optimization, and other MPP database technologies." Dkt. 67 ¶ 36. Again, these are the same technical areas addressed by SAP's asserted patents. As explained below, the '179, '321, '421, and '437 Patents address, among other things, managing database statistics; the '421 Patent addresses partitioning data across multiple processors; and the '179, '321, '421, '516, and '437 Patents address, among other things, cost-based query optimization, which are all technical areas in which Teradata alleges trade secret misappropriation. The '421 and '516 Patents also address, among other things, in-memory technology such as is used extensively in SAP HANA which Teradata accuses of infringing on its IP rights and which also substantially relates to SAP's claim that Teradata's product "Teradata Intelligent Memory" infringes the '516 Patent. A jury taught at a steep learning curve to come up to speed on this technology in order to evaluate Teradata's claims will be well placed to evaluate SAP's counterclaims. A separate jury, in the event of severance/bifurcation, would have to learn all the same technical areas from scratch in order to evaluate SAP's counterclaims.

Teradata further ignores the contents of its 2019 Disclosure. Contrary to Teradata's arguments in the Case Management Statement, for example, [redacted]

**Detailed Identification of Common Subject Matter Areas Between Teradata's Alleged Trade Secrets and SAP's Asserted Patents**

The asserted patents and the alleged trade secrets share seven specific common subject matter areas:

1. [redacted] ('321 and '421 Patents; [redacted])
2. [redacted] ('421 Patent; [redacted])
3. [redacted] ('421 Patent; [redacted]
4. [redacted] ('421, '179 Patents; [redacted]; and
5. [redacted] ('437 Patent; [redacted]
6. [redacted] ('179, '437, and '516 Patents; [redacted]
    a. [redacted] ('179, '437, and '516 Patents; [redacted]
    b. [redacted] ('179 Patent; [redacted]
    c. [redacted] ('179 Patent; [redacted]
7. [redacted] ('421 and '516 Patents; [redacted]

**1. Extract-Transform-Load ("ETL") Processing** ('321 and '421 Patents; [redacted]

Before the introduction of in-memory database systems, such as SAP's HANA, which can process both transactional and analytical queries based on a common set of data, data warehouses traditionally operated on a separate set of data updated with new data on a periodic basis, typically overnight. To keep the separate copies of data synchronized, dedicated workflow systems were developed that would collect new or updated data from operational OLTP systems and load them into the data warehouse. Because updating the data warehouse involved extracting data from the transactional OLTP system and transforming and loading the data into the data warehouse, these workflow systems were called "extract, transform, load," or "ETL."

**Alleged Trade Secrets** [redacted].

| Asserted Patents | Alleged Trade Secrets |
|---|---|
| **The '321 Patent** concerns migration of data tables and cubes performed during ETL processes. For example, the '321 Patent discloses algorithms that combine transactional database tables with analytical data structures such as OLAP cubes. *Id.* ETL processes are required to facilitate such processing and, as an example, the '321 Patent discloses that "[d]ata from internal or external data sources 110, 112, 114, etc. may be extracted, transformed and loaded into data warehouse computer system 100 via interface 116." '321 Patent at 3:23–25.<br><br>**The '421 Patent** provides systems and methods to improve and even eliminate the ETL process entirely | [redacted]<br><br>[redacted] |

**CONFIDENTIAL MATERIAL OMITTED**

| | |
|---|---|
| by providing both OLTP and OLAP functionality. The ’421 Patent discusses ETL procedures extensively to explain the benefits of the invention, and this technological context matters for example to understanding the scope of the ’421 invention and such topics relating to patent validity as the differences between the ’421 invention and the prior art and the benefits of the ’421 invention. For example, the ’421 Patent describes a data warehousing architecture that relies on an “ETL processor” to “extract data from various OLTP sources into a *staging* area, where data transformations for cleansing and integration are applied.” ’421 Patent, 4:60–65 (emphasis added). Once this extraction and transformation process has been completed, “the ETL processor stores the data according to a dimensional data storage paradigm.” *Id.*<br><br>The ’421 Patent also discusses important differences between transactional OLTP systems and analytical OLAP systems that motivate the need for ETL. *Id.* at 1:30-2:17. Transactional OLTP systems generally capture day-to-day transaction of a business, such as orders from customers and changes in inventory level. Analytical OLAP systems, on the other hand, synthesize and aggregate the data captured by OLTP system and store them in a way that can be queried and analyzed to provide insights about business trends. *See id.* For example, while a typical OLTP query would involve locating all orders made by a specific customers, a typical OLAP query | [redacted] |

| | |
|---|---|
| would involve determining sales trends of selected product lines in stores across the Bay Area. Prior to in-memory databases that can perform OLTP and OLAP processing on a single set of data, OLAP processing required that a second copy of datasets be created that could then be queried. ETL utilities are software tools that are capable of creating and synchronizing such mirror datasets. | [redacted] |

### 2. Concurrency Control and Archival ('421 Patent; [redacted]

Database systems concurrently process many transactions and thus require methods to ensure that updates processed concurrently do not inadvertently overwrite each other's data and leave the database in an inconsistent state. One way to avoid these anomalies is to use locks, which can be used to prevent updates to specific rows, columns, or tables while they are being processed. By making transactions with updates to the same data wait until the lock is lifted, inconsistency can be avoided.

| Asserted Patent | Alleged Trade Secrets |
|---|---|
| **The '421 Patent** maintains both a row- and a column-store to facilitate OLTP and OLAP processing in a single system. '421 Patent, Abstract. To synchronize the data in both stores, "in response to a database update request, various updating, locking, and unlocking procedures are performed." *Id.* at 16:5–7. Specifically, a "relational database management system" locks the row stores, notifies the column store of the update, and once the update is complete, the row store is unlocked. *Id.* at 16:8–29. | [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted] |

### 3. Data Distribution and Partitioning ('421 Patent; [redacted]

All parallel database systems support some form of parallel processing, which refers to speeding up the processing of a single query by parallelizing the query over multiple processors possibly on different servers. In case that multiple servers are used, processing a query in parallel usually requires that data relevant to the query is upfront distributed across servers so that network traffic is minimized during query execution. Techniques for replicating or distributing data across multiple processors across servers are called data distribution or data partitioning.

| Asserted Patent | Alleged Trade Secrets |
|---|---|
| **The '421 Patent** addresses data distribution and partitioning in detail and emphasizes that "[a]ccessing single columns for values and computing joins can be massively parallelized when distributing data on multiple machines. '421 Patent, 12:1–5. The '421 Patent further highlights "[t]wo basic approaches for the distribution of data onto multiple machines: horizontal fragmentation and vertical fragmentation." *Id.* at 12:3–7, Fig. 4 (annotated below). "Horizontal fragmentation separates tables into sets of rows and distributed them on different machines in order to perform computations in parallel." *Id.* at 12:7–18. Conversely, "[c]olumn-orientation facilitates vertical fragmentation, where columns of tables are distributed on multiple machines." *Id.* at 12:18–19. SAP's "TREX" product, a research-oriented predecessor of both HANA and the Bridge Project, "uses both approaches simultaneously." *Id.* at 12:19–21. | As data distribution and partitioning are necessary components of any parallel database system, these concepts are highlighted in Teradata's Complaint. Teradata asserts it conveyed "numerous" trade secrets to SAP allegedly covering "the distribution of vast amounts of data and complex analytical workloads across massively parallel processing units." Dkt. 67 ¶ 39. Specifically, [redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted]<br><br>[redacted] |


c1
c2
c3
cn
v11
v12
v13
v1n
v21
v22
v23
v2n
v31
v32
v33
v3n
vk1
vk2
vk3
vkn
vertical fragmentation
horizontal fragmentation

FIG. 4

**4. Database Monitoring Tools** ('421 and '179 Patents; [redacted]

Database monitoring tools are commonly used in "production systems"—database systems that are deployed in the field to handle customer data—to ensure that the computing hardware supporting the database system is managed efficiently and that the load is balanced evenly among parallel processors. To achieve this objective, monitoring tools generally keep track of CPU and memory utilization and other pertinent parameters that affect system performance.

| Asserted Patents | Alleged Trade Secrets |
|---|---|
| **The '421 Patent** discusses "monitoring component[s]" responsible for managing indexes pertaining to row- and column-stores and teaches these monitoring components perform updates once a certain memory size or a preset time interval is exceeded. '421 Patent, 9:60–67. | [redacted] |
| **The '179 Patent** discloses that CPU and I/O costs should be taken into account as part of the query optimization process. '179 Patent, 5:66–6:3. Doing so ensures that query load is balanced among parallel processors. | [redacted] |

**5. Data Types, Dictionaries, Encoding, and User-Defined Extensions** ('437 Patent; [redacted]

The data stored in databases typically can take any number of well-known data types that can require encoding and can be more efficiently handled using data dictionaries which store information about the data types. User-defined extensions are custom extensions, which can be used within a SQL query. These custom extensions include User Defined Functions ("UDFs"), User Defined Aggregates ("UDAs"), and User Defined Types ("UDTs"). Their purpose is to help implement complex logic more easily.

| Asserted Patent | Alleged Trade Secrets |
|---|---|
| **The '437 Patent** states that "embodiments of the invention" it discloses "generally relate to the field of *data dictionaries* and, more particularly, to a system and method for a *data dictionary* cache in a distributed system." '437 Patent, 1:7–9. Further, the '437 Patent explains that "data dictionar[ies] . . . provide a source of information" about "the semantic and syntactic properties of operational data, such as the type, length, and relationships of operational data." *Id.* at 1:34-56. Both scalar and complex data types are discussed, and the '437 Patent explains that complex data types may represent structured data (e.g., such as ordered lists). *Id.* at 4:43–55. The use of complex data types is widespread and ranges from the representation of spatial locations (*e.g.*, latitude and longitude) to financial metrics (e.g., currency values), and international character sets.<br><br>**The '437 Patent** also concerns how custom data types are managed (albeit in a different context). For example, the '437 Patent discloses at 3:38–39 that "certain applications may require specifically defined data types," at 4:26–27 that "data types may be written or encoded in a markup language," and at 4:56–57 that "[d]ata types may be defined independently of the applications that use them." | [redacted]<br><br>[redacted]<br><br>[redacted] |

CONFIDENTIAL MATERIAL OMITTED

**6. Query Optimization** ('179, '437, and '516 Patents; [redacted]

Query optimizers transform an input query, typically expressed in the SQL programming language, into a query execution plan that reflects a representation of how the data is stored and organized within the database system. Generally, many different execution plans could be used to achieve the correct result, but they may differ substantially in terms of computational complexity and suitability for a given database design. To arrive at an execution plan that is favorable for a given database, a query optimizer explores a "plan space" that reflects different but semantically equivalent ways a query could be executed over the stored data. Important input for "exploring" the plan space are statistics reflecting such parameters as the size of database tables and the values stored therein. For example, joining tables may be done in various orders, and the size of each table can have a large impact on computation time, so a query optimizer might determine the order in which to join the tables.

a. Use of Statistics in Query Optimizers ('179, '437, and '516 Patents; [redacted]

As explained above, statistics are an important input to query optimizers. [redacted]

| Asserted Patents | Alleged Trade Secrets |
|---|---|
| Fig. 4 of **the '179 Patent** (reproduced below; annotations added) shows that statistics are an input to the cost estimation module of the query optimizer discussed in the '179 Patent. Such cost estimates affect "estimated property vector[s]" used in by the query optimizer to determine a favorable, close-to-optimal execution plan. *See* '179 Patent, 22:32–41 ("The estimated property vector includes pipelines characteristics as well as execution costs computed based upon such factors as CPU cost and input/output (I/O) cost."). Both the CPU cost and the I/O cost will be affected by statistics gathered about data stored in the database. | [redacted] |
| SAP's Counterclaims pertaining to **the '437 Patent** relate to, among other things, caching statistics in a statistics cache, as performed in Teradata Database. Dkt. 123 (Countercls.) ¶ 69. For instance, the '437 Patent discloses at 7:1–5, "Data dictionary caches 860 and 870 improve access to the system information in underlying data dictionaries by *storing frequently (and/or recently) requested system information (and/or other metadata)* in the application layer of a distributed system" (emphasis added). | [redacted] |

CONFIDENTIAL MATERIAL OMITTED

| | |
|---|---|
| Likewise, SAP's **'516 Patent** concerns cache management. '516 Patent, Abstract. Adjudicating the accused infringement of the '437 and '516 Patents thus overlaps substantially with the Alleged Trade Secrets in this area. For example, [redacted] | [redacted] |




FIG. 4

b. Query Rewriting ('179 Patent; [redacted])

As explained above, query optimizers transform an input query, typically expressed in the SQL programming language, into a query execution plan that defines how a query is actually executed over the stored data to produce the query result. Such query optimization using rewriting is another area in which the subject matter of the asserted patents and alleged trade secrets substantially overlap.

| Asserted Patent | Alleged Trade Secrets |
|---|---|
| The very title of **the '179 Patent** is "System and Methodology for Cost-Based *Subquery Optimization* Using a Left-Deep Tree Join Enumeration Algorithm." The '179 Patent teaches a query optimizer that "integrates subquery optimization with [its] general enumeration methodology." '179 Patent, 4:3–10. And the '179 Patent further illustrates that rewriting SQL queries was part of a query optimizer's standard repertoire, even though the optimization technique disclosed in the '179 Patent is more flexible than rewriting techniques alone: "The methodology of the present invention provides that the subquery participating in the enumeration process is not transformed during optimization to reflect different subquery execution strategies. . . . This approach uses far less memory than other transformation-based subquery optimization techniques where a SQL query is rewritten to reflect a certain subquery evaluation strategy, and, for each rewritten query, the optimization process is applied." '179 Patent, 6:19–30. | [redacted] [redacted] [redacted] |

c. <u>Other Query Optimization Techniques</u> ('179 Patent; [redacted]

| Asserted Patent | Alleged Trade Secrets |
| --- | --- |
| Figure 4 of **the '179 Patent**, reproduced below in annotated form, shows that the plan generation performed by the disclosed query optimizer includes "plan node enumeration," "hash join method" and "Join Hash," "join method enumeration," and "predicate placement," among others. The disclosed "join method enumeration" overlaps substantially with [redacted] The '179 Patent's disclosure of "hash join method" and "Join Hash" at 33:9, 34:42, 16:5, 18:14, 18:32, 20:32, 29:30 29:37, and 29:39 overlap substantially with [redacted] And the '179 Patent at 12:63–64 discloses that "each base table quantifier has its array of access methods defined as a set of relevant indexes consisting of elements modeling table indexes that, based on the *sargable predicates*, may be used in an Access Plan (AP)." '179 Patent, 12:63–64. These teachings show that the '179 Patent performs | [redacted] |

| | |
|---|---|
| predicate push-downs (row elimination) in the context of query optimization, the subject matter of [redacted] | [redacted] |




FIG. 4

**7. Compression** ('421 and '516 Patents; [redacted]

Compression has the advantage of improving the amount of data that can be retained in caches and/or reduce the amount of data transferred over I/O interfaces, thus enhancing processing performance. However, compression requires computation time as well, and this cost needs to be balanced with the expected benefits. Compression has larger benefits in database systems that use column-storage, such as HANA, because data in a column has a common data type and can thus be compressed more efficiently.

| Asserted Patents | Alleged Trade Secret |
|---|---|
| **The '421 Patent** discusses compression in detail and discloses that "[c]ompression is a solution to fit more data into limited memory space." '421 Patent, 12:29–47. The tradeoff between "put[ting] more load on the CPU" when compression is used in return for reduced memory space is also discussed. *Id.* The '421 Patent further stresses the unique advantages of using compression in connection with column storage. *See id.*<br><br>The FSG cache is one of the two caches in the Teradata product called "Teradata Intelligent Memory" that SAP claims infringes **the '516 Patent**, as stated in paragraphs 91–104 of SAP's Counterclaims. Teradata's Answer to the Counterclaims likewise refers to the FSG cache as one of two places where "very hot data" is maintained until the data "is aged out as it cools." Dkt. 148 ¶ 100. | [redacted] |

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit by using the CM/ECF system on June 8, 2023.

I certify that on June 8, 2023, I served the confidential version of this letter via email and U.S. Mail on counsel of record.

Dated: June 8, 2023

/s/ Deanne E. Maynard
Deanne E. Maynard

## CERTIFICATE OF COMPLIANCE

This letter complies with the type-volume limitation of Federal Rule of Appellate Procedure 28(j) because the body of the letter contains 75 words.

Dated: June 8, 2023

/s/ Deanne E. Maynard
Deanne E. Maynard